**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Liberty Insurance Corporation
as subrogee of Marcus Ellson,

Plaintiff,

v.

Monoprice, Inc. and Hinen Electronics,
(Shenzhen) Co., Ltd,

Defendants.

Case No. ______________

**NOTICE OF REMOVAL**

Hinen Electronics (Shenzhen) Co., Ltd. (Hinen), by and through its undersigned counsel, for its Notice of Removal of an action filed in Circuit Court, Anoka County, State of Minnesota, states:

1. Plaintiff served on Monoprice, Inc., a California company, a Complaint venued in the Circuit Court, Anoka County, State of Minnesota styled *Liberty Insurance Corporation as subrogee of Marcus Ellson v. Monoprice, Inc. and Hinen Electronics, (Shenzhen) Co., Ltd* on September 24, 2021. A true and correct copy of the Summons and Complaint served on Monoprice is attached as Exhibit A.

2. Plaintiff served on Hinen, a foreign company located in China, the same Complaint styled *Liberty Insurance Corporation as subrogee of Marcus Ellson v. Monoprice, Inc. and Hinen Electronics, (Shenzhen) Co., Ltd* on May 4, 2022. A true and correct copy of the Summons and Complaint served on Hinen is attached as Exhibit B.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(2)(B) because it is filed within thirty (30) days of the date that Hinen was served with the Summons and Complaint, which is the initial pleading setting for the claim for relief against Hinen upon which this action or proceeding is based.

4. This Notice of Removal is filed within one year of the commencement of this action on September 24, 2021.

5. Monoprice consents to removal of this action to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1446(b)(2)(C). A true and correct copy of Monoprice's consent is attached as Exhibit C.

6. This Notice of Removal is being filed in the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §1441(a) as the District of Minnesota is the federal judicial district encompassing the Anoka County District Court.

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1332(a)(3) because the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and the action is between citizens of different States and in which citizens or subjects of a foreign state are additional parties.

8. The Complaint asserts claims for property damage arising out of a house fire on September 25, 2017 and prays for judgment against Hinen in the amount of $455,802.75 plus costs. (Exhibit B, Complaint at ¶9 & Count III & IV prayer for relief)

9. Plaintiff Liberty Insurance Corporation's principle place of business is in Boston, Massachusetts. Liberty Insurance Corporation is a corporation organized under

the laws of the State of Massachusetts (Exhibit D at ¶2 and Exhibit E at ¶5) ***or*** the State of Illinois (Exhibit F at ¶4 and Exhibit G at ¶8).

10. Defendant Monoprice is a corporation organized under the laws of the State of California with its principle place of business in California.

11. Defendant Hinen is a Chinese company with its principle place of business in China.

12. Accordingly, because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the action is between citizens of different states and a citizen of a foreign state is an additional party, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a)(3), and the action that Plaintiff filed in state court is properly removable under 28 U.S.C. § 1441.

13. As required by 28 U.S.C. § 1446(a), Hinen has attached as Exhibits to this Notice of Removal copies of all process, pleadings and orders served upon it relating to the state court action. (Exhibit B and Exhibit H)

14. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff and filed with the Clerk of the Circuit Court, Anoka County, State of Minnesota, the state court under which Plaintiff initially commenced the action.

15. The Answer of Hinen or other responses to the Complaint were not due prior to filing this Notice of Removal. By filing this Notice of Removal, Hinen does not waive any defense or counterclaim that may be available.

16. As required under Fed. R. Civ. P. 81(c)(2), Hinen will respond to the Complaint within the time set forth therein, unless an extension of the deadline is properly obtained pursuant this Court's approval.

WHEREFORE, Hinen respectfully removes the above-referenced cause of action from the Circuit Court, Anoka County, State of Minnesota to the United States District Court for the District of Minnesota, submits that no further proceedings be had in Minnesota State Court, and requests such other and further relief as is necessary and proper.

Dated: May 13, 2022

LARSON • KING, LLP

*s/ Richard W. Bale*
Mark A. Solheim (#1028001)
Richard W. Bale (#209727)
30 East Seventh Street
Suite 2800
Saint Paul, MN 55101
(651) 312-6500
msolheim@larsonking.com
rbale@larsonking.com

*Attorneys for Defendant Hinen Electronics (Shenzhen) Co., Ltd.*