Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

STATE OF MINNESOTA — DISTRICT COURT

COUNTY OF ANOKA — TENTH JUDICIAL DISTRICT

Case Type: Property Damage

---

Liberty Insurance Corporation as Subrogee of Marcus Ellson,

Plaintiff,

v.

Monoprice, Inc. and Hinen Electronics (Shenzhen) Co., Ltd,

Defendants.

Judge: ____________________

Court File No.: ______________

**SUMMONS**

---

To: Monoprice, Inc.
Attn: Bernard Luthi
One Pointe Dr., Suite#400
Brea, CA 92821

**THIS SUMMONS IS DIRECTED TO DEFENDANT MONOPRICE, INC.**

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the court and there may be no court file number on this Summons.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

Nicole R. Weinand, #0314183
**Law Offices John C. Syverson**
P.O. Box 7217
London, KY 40742
Direct: (763) 656-4701
Office: (763) 546-8444
Fax: (866) 858-9836
nicole.weinand@libertymutual.com

EXHIBIT A

Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: June 11, 2021

**Law Offices Of John C. Syverson**

Digitally signed by Nicole Weinand
Date: 2021.06.11 08:07:15 -05'00'

Nicole R. Weinand, #0314183
Attorneys for Plaintiff
P.O. Box 7217
London, KY 40742
Direct: (763) 656-4701
Office: (763) 546-8444
Fax: (866) 858-9836
nicole.weinand@libertymutual.com

EXHIBIT A

Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT

Case Type: Property Damage

---

Liberty Insurance Corporation as Subrogee of Marcus Ellson,

Plaintiff,

v.

Monoprice, Inc., and Hinen Electronics (Shenzhen) Co., Ltd,

Defendants.

Judge: ____________________

Court File No.: ______________

**COMPLAINT**

---

NOW COMES Plaintiff Liberty Insurance Corporation as Subrogee of Marcus Ellson, by and through his attorneys, Law Offices of John C. Syverson, and for its Complaint against Defendants Monoprice, Inc. and Hinen Electronics (Shenzhen) Co., Ltd, states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Liberty Insurance Corporation is a corporation duly licensed by the State of Minnesota to sell insurance and conduct business in the State of Minnesota, and is subrogated to the rights of Marcus Ellson in this action.

2. At all times relevant, Marcus Ellson ("Insured") was the insured of Plaintiff Liberty Insurance Corporation and received insurance proceeds by and through his policy with Plaintiff Liberty Insurance Corporation.

3. At all times relevant, Insured was an individual residing in the State of Minnesota and the owner of property located at 2471 Cloud Dr., Blaine, MN 55449 ("Property").

EXHIBIT A

4. At all times relevant, Defendant Monoprice, Inc. was a California company with a business address of One Pointe Dr., Suite#400, Brea, CA 92821.

5. At all times relevant, Defendant Hinen Electronics (Shenzhen) Co., Ltd was a foreign company with a business address of 2/F Building G, Li Cheng Tech. Ind. Zone, Gonghe Village, Shajing Town, Bao'an District, Shenzhen City.

6. Upon information and belief, in or around 2016, Defendant Monoprice, Inc. manufactured, assembled, distributed, and sold a certain battery pack, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, to Marcus Ellson.

7. Upon information and belief, in or around 2016, Defendant Hinen Electronics manufactured, assembled, distributed, and sold a certain battery pack, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, that was purchased by Marcus Ellson.

8. On or about September 25, 2017, the battery pack at the Property, which was, upon information and belief, designed, manufactured, assembled, distributed, and sold by Defendants, was in the same or substantially same condition as when it was originally sold.

9. On or about September 25, 2017, the battery pack failed and caught fire, causing substantial damage to the Property.

**COUNT I – NEGLIGENCE**
**(against Monoprice, Inc.)**

10. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

11. At all times relevant, Defendant Monoprice, Inc. owed a duty to Insured and others to exercise reasonable care and due caution in the design, manufacture, assembly, distribution, and sale of the aforementioned battery pack so as not to cause injury to persons and/or property.

Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

12. Notwithstanding said duties, and in violation thereof, Defendant Monoprice, Inc. committed one or more of the following negligent acts and/or omissions:

(a) Carelessly and negligently, designed, manufactured, distributed, assembled, and sold the aforesaid battery pack without appropriate safeguards;

(b) Carelessly and negligently failed to equip the aforesaid battery pack with proper emergency stopping or deactivating devices;

(c) Carelessly and negligently failed to equip the aforesaid battery pack with proper safety guards;

(d) Carelessly and negligently designed, manufactured, distributed, assembled, and sold defective battery pack, thereby putting others at risk of injury;

(e) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the aforesaid battery pack without adequate warning signs;

(f) Carelessly and negligently designed, manufactured, distributed, and sold the aforesaid battery pack with an inadequate instructional manual; and

(g) Was otherwise careless and negligent in designing, manufacturing, distributing, assembling, and selling the aforesaid battery pack.

13. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant Monoprice, Inc. on or about September 25, 2017, the battery pack failed and caught fire, causing substantial damage to the Property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Monoprice, Inc. in the amount of $455,802.75, plus costs of suit, and such other relief as this court deems proper and just.

**COUNT II – STRICT PRODUCT LIABILITY**
**(against Monoprice, Inc.)**

14. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

15. Upon information and belief, Defendant Monoprice, Inc. designed, manufactured, assembled, distributed, and sold the battery pack, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, which was in use at the Property on September 25, 2017.

16. On or about September 25, 2017, the aforesaid battery pack failed and caught fire, causing substantial damage to the Property.

17. The aforesaid battery pack was designed, manufactured, assembled, distributed, sold and placed into the stream of commerce by Defendant Monoprice, Inc. in a defective condition unreasonably dangerous to Insured, in that the battery pack did not have proper safety mechanisms, or adequate warning signs, or instructions.

18. Insured used the battery pack in its intended and reasonably foreseeable manner.

19. The battery pack was intended to and did reach Insured, Marcus Ellson, without substantial change in its condition.

20. As a direct and proximate result of one or more of the defective and unreasonably dangerous conditions of the battery pack designed, manufactured, distributed, and sold by Defendant Monoprice, Inc., the battery pack failed and caught fire causing substantial damage to Insured's property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Monoprice, Inc. in the amount of $455,802.75, plus costs of suit, and such other relief as this court deems proper and just.

## COUNT III – NEGLIGENCE
**(against Hinen Electronics (Shenzhen) Co., Ltd)**

21. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

22. At all times relevant, Defendant Hinen Electronics owed a duty to Insured and others to exercise reasonable care and due caution in the design, manufacture, assembly, distribution, and sale of the aforementioned battery pack so as not to cause injury to persons and/or property.

23. Notwithstanding said duties, and in violation thereof, Defendant Hinen Electronics committed one or more of the following negligent acts and/or omissions:

(a) Carelessly and negligently, designed, manufactured, distributed, assembled, and sold the aforesaid battery pack without appropriate safeguards;

(b) Carelessly and negligently failed to equip the aforesaid battery pack with proper emergency stopping or deactivating devices;

(c) Carelessly and negligently failed to equip the aforesaid battery pack with proper safety guards;

(d) Carelessly and negligently designed, manufactured, distributed, assembled, and sold defective battery pack, thereby putting others at risk of injury;

(e) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the aforesaid battery pack without adequate warning signs;

(f) Carelessly and negligently designed, manufactured, distributed, and sold the aforesaid battery pack with an inadequate instructional manual; and

(g) Was otherwise careless and negligent in designing, manufacturing, distributing, assembling, and selling the aforesaid battery pack.

24. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant Hinen Electronics, on or about September 25, 2017, the battery pack failed and caught fire, causing substantial damage to the Property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Hinen Electronics (Shenzhen) Co., Ltd in the amount of $455,802.75, plus costs of suit, and such other relief as this court deems proper and just.

**COUNT IV – STRICT PRODUCT LIABILITY**
**(against Hinen Electronics (Shenzhen) Co., Ltd)**

25. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

26. Defendant Hinen Electronics designed, manufactured, assembled, distributed, and sold the battery pack, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, which was in use at the Property on September 25, 2017.

27. On or about September 25, 2017, the aforesaid battery pack failed and caught fire, causing substantial damage to the Property.

28. The aforesaid battery pack was designed, manufactured, assembled, distributed, sold, and placed into the stream of commerce by Defendant Hinen Electronics, in a defective condition unreasonably dangerous to Insured, in that the battery pack did not have proper safety mechanisms, or adequate warning signs or instructions.

29. Insured used the battery pack in its intended and reasonably foreseeable manner.

30. The battery pack was intended to and did reach Insured, Marcus Ellson, without substantial change in its condition.

31. As a direct and proximate result of one or more of the defective and unreasonably dangerous conditions of the battery pack designed, manufactured, distributed, and sold by Defendant Hinen Electronics, the battery pack failed and caught fire causing substantial damage to Insured's property.

Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Hinen Electronics (Shenzhen) Co., Ltd in the amount of $455,802.75, plus costs of suit, and such other relief as this court deems proper and just.

Dated: June 11, 2021

**Law Offices of John C. Syverson**

Digitally signed by Nicole Weinand
Date: 2021.06.11 08:07:53 -05'00'

Nicole R. Weinand, #0314183
Attorneys for Plaintiff
P.O. Box 7217
London, KY 40742
Direct: (763) 656-4701
Office: (763) 546-8444
Fax: (866) 858-9836
nicole.weinand@libertymutual.com

EXHIBIT A