Filed in District Court
State of Minnesota
4/14/2022 10:07 AM

**STATE OF MINNESOTA** **DISTRICT COURT**

**COUNTY OF ANOKA** **TENTH JUDICIAL DISTRICT**

Case Type: Property Damage
Court File No.______________

Liberty Insurance Corporation
as subrogee of Marcus Ellson,

Plaintiff,

v.

Monoprice, Inc. and Hinen Electonics,
(Shenzhen) Co., Ltd,

Defendants.

**DEFENDANT MONOPRICE INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Monoprice, Inc., for its Answer to Plaintiff's Complaint:

1. Denies each and every matter, allegation and thing contained in said Complaint except as is hereinafter admitted, qualified or to otherwise responded.

2. Admits the allegations contained in Paragraph 4 of said Complaint.

3. Is without sufficient information to admit or deny the allegations in paragraphs 1, 2, 3, 5, 6, 7, 8, and 9, 15, 17, 18, 19, of said complaint and puts plaintiff to its strict proof of same.

4. States that the allegations in paragraphs 21 through 31 do not pertain to this answering defendant and are neither admitted nor denied due to insufficient information.

5. Specifically denies the allegations of negligence, fault or other wrongdoing.

6. States that plaintiff is unable to prove the Monoprice product in question was a cause of the subject fire, and states that other electronic devices were also found at the source of the fire and were the cause of the fire, so defendant has no liability for plaintiff's claimed losses.

7. Is without knowledge sufficient to form a belief as to the allegations of plaintiff's damages, and puts plaintiff to its strict proof of same.

8. Alleges that plaintiff's damages, if any, to the extent not caused by negligence, fault or other wrongdoing attributable to plaintiff, were caused by the negligence, fault or other wrongdoing of third persons or entities over whom this answering defendant has no control and for whose conduct it is not liable.

9. Alleges improper service of process.

10. Alleges plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, defendant Monoprice prays for judgment against plaintiff dismissing its pretended cause of action herein together with an award of costs and disbursements and such other relief that this court deems just.

**LAW OFFICES OF STEVEN G. PILAND**

Dated: September 28, 2021

*/s/ Raymond L. Tahnk-Johnson*

Raymond L. Tahnk-Johnson # 178585
Attorney for Defendant Monoprice
7400 College Boulevard, Suite 550
Overland Park, KS 66210
Telephone: (913) 401-2800

**ACKNOWLEDGMENT**

The undersigned, and the parties I represent, hereby acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. 549.211, Subd. 2, to the party against whom the allegations in this pleading are asserted.

*/s/ Raymond L. Tahnk-Johnson*