**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Liberty Insurance Corporation a/s/o Marcus Ellson

Plaintiff,

v.

Monoprice, Inc., and Hinen Electronics (Schenzhen) Co., Ltd,

Defendants.

Case No. 0:22-cv-01306-NEB-JFD

# AMENDED COMPLAINT

NOW COMES Plaintiff Liberty Insurance Corporation as Subrogee of Marcus Ellson, by and through their attorneys, Law Offices of John C. Syverson, and for their Complaint against Defendants Monoprice, Inc. and Hinen Electronics (Shenzhen) Co., Ltd, states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Liberty Insurance Corporation is a corporation duly licensed by the State of Minnesota to sell insurance and conduct business in the State of Minnesota and is subrogated to the rights of Marcus Ellson in this action.

2. At all times relevant, Marcus Ellson ("Insured") was the insured of Plaintiff Liberty Insurance Corporation and received insurance proceeds by and through his policy with Plaintiff Liberty Insurance Corporation.

3. At all times relevant, Insured was an individual residing in the State of Minnesota and the owner of property located at 2471 Cloud Dr., Blaine, MN 55449 ("Property").

4. At all times relevant, Defendant Monoprice, Inc. was a California company with a business address of One Pointe Dr., Suite#400, Brea, CA 92821.

5. At all times relevant, Defendant Hinen Electronics (Shenzhen) Co., Ltd was a foreign company with a business address of 2/F Building G, Li Cheng Tech. Ind. Zone, Gonghe Village, Shajing Town, Bao'an District, Shenzhen City.

6. Upon information and belief, in or around 2016, Defendant Monoprice, Inc. caused to be manufactured and assembled, and then distributed and sold, a certain power bank, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, to Marcus Ellson.

7. Upon information and belief, in or around 2016, Defendant Hinen Electronics manufactured, assembled, distributed, and sold a certain power bank, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, that was purchased by Marcus Ellson.

8. On or about September 25, 2017, the power bank at the Property, which was, upon information and belief, designed, manufactured, assembled, distributed, and sold by Defendants, was in the same or substantially same condition as when it was originally sold.

9. On or about September 25, 2017, the power bank failed and caught fire, causing substantial damage to the Property.

**COUNT I – NEGLIGENCE**
**(against Monoprice, Inc.)**

10. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

11. At all times relevant, Defendant Monoprice, Inc. owed a duty to Insured and others to exercise reasonable care and due caution in the design, manufacture, assembly,

distribution, and sale of the aforementioned power bank so as not to cause injury to persons and/or property.

12. Notwithstanding said duties, and in violation thereof, Defendant Monoprice, Inc. committed one or more of the following negligent acts and/or omissions:

(a) Carelessly and negligently, designed, manufactured, distributed, assembled, and sold the aforesaid power bank without appropriate safeguards;

(b) Carelessly and negligently failed to equip the aforesaid power bank with proper emergency stopping or deactivating devices;

(c) Carelessly and negligently failed to equip the aforesaid power bank with proper safety guards;

(d) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the defective power bank, thereby putting others at risk of injury;

(e) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the aforesaid power bank without adequate warning signs;

(f) Carelessly and negligently designed, manufactured, distributed, and sold the aforesaid power bank with an inadequate instructional manual; and

(g) Was otherwise careless and negligent in designing, manufacturing, distributing, assembling, and selling the aforesaid power bank.

13. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant Monoprice, Inc. on or about September 25, 2017, the power bank failed and caught fire, causing substantial damage to the Property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Monoprice, Inc. for benefits paid to Insured and his deductible in the combined amount of $455,802.75, the cost of the power bank in the amount of $19.99, and additional utility expenses incurred when Insured was displaced from the Property, plus costs of suit, and such other relief as this court deems proper and just.

**COUNT II – STRICT PRODUCT LIABILITY**
**(against Monoprice, Inc.)**

14. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

15. Upon information and belief, Defendant Monoprice, Inc. caused to be designed, manufactured, and assembled, and then distributed and sold the power bank, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, which was at the Property on September 25, 2017.

16. On or about September 25, 2017, the aforesaid power bank failed and caught fire, causing substantial damage to the Property.

17. The aforesaid power bank was designed, manufactured, assembled, distributed, sold, and placed into the stream of commerce by Defendant Monoprice, Inc. in a defective condition unreasonably dangerous to Insured, in that the power bank did not have proper safety mechanisms, or adequate warning signs, or instructions.

18. Insured used the power bank in its intended and reasonably foreseeable manner.

19. The power bank was intended to and did reach Insured, Marcus Ellson, without substantial change in its condition.

20. As a direct and proximate result of one or more of the defective and unreasonably dangerous conditions of the power bank designed, manufactured, distributed, and sold by Defendant Monoprice, Inc., the power bank failed and caught fire causing substantial damage to Insured's property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Monoprice, Inc. for benefits paid to Insured and his deductible in the combined amount of $455,802.75, the cost of the power bank in the amount of $19.99, and additional utility expenses incurred when Insured was displaced from the Property, plus costs of suit, and such other relief as this court deems proper and just.

**COUNT III – NEGLIGENCE**
**(against Hinen Electronics (Shenzhen) Co., Ltd)**

21. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

22. At all times relevant, Defendant Hinen Electronics owed a duty to Insured and others to exercise reasonable care and due caution in the design, manufacture, assembly, distribution, and sale of the aforementioned power bank so as not to cause injury to persons and/or property.

23. Notwithstanding said duties, and in violation thereof, Defendant Hinen Electronics committed one or more of the following negligent acts and/or omissions:

(a) Carelessly and negligently, designed, manufactured, distributed, assembled, and sold the aforesaid power bank without appropriate safeguards;

(b) Carelessly and negligently failed to equip the aforesaid power bank with proper emergency stopping or deactivating devices;

(c) Carelessly and negligently failed to equip the aforesaid power bank with proper safety guards;

(d) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the defective power bank, thereby putting others at risk of injury;

(e) Carelessly and negligently designed, manufactured, distributed, assembled, and sold the aforesaid power bank without adequate warning signs;

(f) Carelessly and negligently designed, manufactured, distributed, and sold the aforesaid power bank with an inadequate instructional manual; and

(g) Was otherwise careless and negligent in designing, manufacturing, distributing, assembling, and selling the aforesaid power bank.

24. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant Hinen Electronics, on or about September 25, 2017, the power bank failed and caught fire, causing substantial damage to the Property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Hinen Electronics (Shenzhen) Co., Ltd for benefits paid to Insured and his deductible in the combined amount of $455,802.75, the cost of the power bank in the amount of $19.99, and additional utility expenses incurred when Insured was displaced from the Property, plus costs of suit, and such other relief as this court deems proper and just.

**COUNT IV – STRICT PRODUCT LIABILITY**
**(against Hinen Electronics (Shenzhen) Co., Ltd)**

25. Plaintiff incorporates and re-alleges Paragraphs 1-9 of the Allegations Common to All Counts as though fully set forth herein.

26. Defendant Hinen Electronics designed, manufactured, assembled, distributed, and sold the power bank, Monoprice Select Plus USB Power Bank, Black, 20,000mAh, PID 15123, which was at the Property on September 25, 2017.

27. On or about September 25, 2017, the aforesaid power bank failed and caught fire, causing substantial damage to the Property.

28. The aforesaid power bank was designed, manufactured, assembled, distributed, sold, and placed into the stream of commerce by Defendant Hinen Electronics, in a defective condition unreasonably dangerous to Insured, in that the power bank did not have proper safety mechanisms, or adequate warning signs or instructions.

29. Insured used the power bank in its intended and reasonably foreseeable manner.

30. The power bank was intended to and did reach Insured, Marcus Ellson, without substantial change in its condition.

31. As a direct and proximate result of one or more of the defective and unreasonably dangerous conditions of the power bank designed, manufactured, distributed, and sold by Defendant Hinen Electronics, the power bank failed and caught fire causing substantial damage to Insured's property.

WHEREFORE, Plaintiff Liberty Insurance Corporation prays that judgment be entered against Defendant Hinen Electronics (Shenzhen) Co., Ltd for benefits paid to Insured and his deductible in the combined amount of $455,802.75, the cost of the power bank in the amount of $19.99, and additional utility expenses incurred when Insured was

displaced from the Property, plus costs of suit, and such other relief as this court deems proper and just.

**Law Offices of John C. Syverson**

Dated: August 2, 2023

***/s/ Nicole R. Weinand***

Nicole R. Weinand, 0314183
Attorney for Plaintiff
PO Box 7217
London, KY 40742
Direct Dial: (763) 656-4701
Fax: (866) 858-9836
nicole.weinand@libertymutual.com