**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LIBERTY INSURANCE CORPORATION, as subrogee of Marcus Ellson,

Plaintiff,

v.

MONOPRICE, INC. and HINEN ELECTRONICS (SHENZHEN) CO., LTD.,

Defendants.

Case No. 22-CV-1306 (NEB/JFD)

ORDER FOR DISMISSAL

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on September 10, 2024 (ECF No. 41), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or disbursements to any party.

Dated: September 10, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge